UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____ /

**ORDER GRANTING CONTINUANCE OF PRELIMINARY INJUNCTION HEARING
AND EXTENSION OF EX PARTE TEMPORARY RESTRAINING ORDER**

Before the Court is Plaintiff's Motion to Continue the Preliminary Injunction Hearing and Extend the *Ex Parte* Temporary Restraining Order (the "Motion") ECF No. 12. Plaintiff requests a 21-day extension to the Temporary Restraining Order (ECF No. 9) and for the preliminary injunction hearing to be rescheduled accordingly. The Court finds that Plaintiff has shown good cause for this extension because it is necessary so that Plaintiff can receive Defendants' identifying information from the subpoenaed third-party platform in order to effectuate service on Defendants, as well as to give all Defendants fair notice of any preliminary injunction hearing.

Accordingly, the Court hereby **ORDERS** pursuant Fed. R. Civ. P. 65(b)(2) that the Temporary Restraining Order (ECF No. 9) is extended until May 17, 2024. The preliminary injunction hearing presently scheduled for May 1, 2024 is hereby continued pursuant to the following schedule:

Defendants' answering papers, if any, shall be filed and served electronically upon Plaintiff's counsel of record by 5:00 p.m. CDT on the 13th day of May, 2024;

Any reply shall be filed and served by Plaintiff by 5:00 p.m. CDT on the 16th day of May, 2024; and

The continued preliminary injunction hearing is **SET** for the 17th day of May, 2024 at 9 AM CDT, or as soon thereafter as can be heard, via the Court's public Zoom link provided below:

https://txwd-uscourts.zoomgov.com/j/1613131172?pwd=ek9WOFZLeHZXalNYVmFOdkJabDJoQT09

Plaintiff shall serve a copy of this Order on all Defendants contemporaneously with its effectuation of service of process pursuant to the Court's order granting Plaintiff's motion for alternative service (ECF No. 10).

**ENTERED** this 26th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE