# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

TESLA, INC. §
§
vs. § NO: WA:24-CV-00172-ADA
§
THE INDIVIDUALS, PARTNERSHIPS, §
AND UNINCORPORATED ASSOCIATI

## ORDER RESETTING ZOOM PRELIMINARY INJUNCTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM PRELIMINARY INJUNCTION HEARING by Zoom on May 17, 2024 at 09:00 AM .

IT IS SO ORDERED this 26th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE