UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## **CERTIFICATE OF SERVICE**

I certify and declare that I am over the age of 18 years, residing in the county of Hillsborough, Florida and I am an attorney for Plaintiff Tesla, Inc. in the above captioned action.

On May 1, 2024, The Brickell IP Group, PLLC emailed copies of the Complaint (Dkt. 1), Sealed Schedule "A" (Dkt. 3-1), Issued Summons (Dkt. 14), sealed Order granting the temporary restraining order (Dkt. 9), and Order Extending the Temporary Restraining Order and Resetting the Preliminary Injunction Hearing (Dkt. 15) on all Defendants listed on Schedule "A" based on e-mail addresses provided by the third party online marketplace platforms Amazon in response to Plaintiff's third party subpoena.

The Defendants were contemporaneously provided a link to Plaintiff's publication website https://www.dropbox.com/scl/fo/yrph1z96j6stn7yvrnn05/APQJZxedsL8A57f4N2yRGGE?rlkey=nyebhh5m552bxquxj0d5sbcvi&dl=0 on which Plaintiff has maintained copies of all filings in this case to-date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Date:  May 7, 2024 | Respectfully submitted by, |

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*