UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

adullam (Defendant No. 5 on Schedule "A" to the Complaint),

AMZ_Clulb (Defendant No. 13 on Schedule "A" to the Complaint), and

FYJZP (Defendant No. 92 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date: May 9, 2024 | Respectfully submitted by, |
| | THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue<br>South Tower, Suite 800<br>Miami FL, 33131<br>Tel: 305-728-8831<br>Fax: 305-428-2450<br><br>*/s/ A. Robert Weaver*<br>A. Robert Weaver<br>Fla. Bar No. 92132<br>Email: rweaver@brickellip.com |

*Counsel for Plaintiff*