UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

ACBROAD (Defendant No. 3 on Schedule "A" to the Complaint),

Lemketan (Defendant No. 161 on Schedule "A" to the Complaint),

Skadrimo (Defendant No. 253 on Schedule "A" to the Complaint),

YOKADA (Defendant No. 341 on Schedule "A" to the Complaint),

SkySkyMall (Defendant No. 354 on Schedule "A" to the Complaint), and

均均的店 (aka "Junjun's store") (Defendant No. 366 on Schedule "A" to the Complaint).

Date: May 10, 2024

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

/s/ A. Robert Weaver
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*