UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TESLA, INC.,

vs.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS

Case No.: W-24-CV-00172-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Di Li  ( Lead Attorney )  , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Cigreen Car Refrigerator  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DI LI LAW, PROFESSIOAL CORPORATION  with offices at:

   Mailing address: 17700 CASTLETON ST. STE 315

   City, State, Zip Code: CITY OF INDUSTRY, CA 91748

   Telephone: 626-723-4849      Facsimile: 626-956-0744

2. Since  December 6, 2013 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  California .

   Applicant's bar license number is  294173 .

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC Central District of California | 12/6/2013 |
   | USDC Southern District of California | 7/12/2023 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   CA Bar disciplinary proceeding - Case closed on 1/11/2023. I was imposed a public reproval with/duties, no suspension or termination of bar.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Di Li to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Di Li
[printed name of Applicant]

[signature]
[Signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 13th day of May, 2024.

Di Li
[printed name of Applicant]

[signature]
[Signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

TESLA, INC.,

vs.                                          Case No.: W-24-CV-00172-ADA

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Di Li _____, counsel for Cigreen Car Refrigerator _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Di Li _____ may appear on behalf of Cigreen Car Refrigerator _____ in the above case.

IT IS FURTHER ORDERED that Di Li _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge

[Reset all fields]   [Print Form]