UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Amazenar Online Store (Defendant No.11 on Schedule "A" to the Complaint),

    COLMO US (Defendant No. 61 on Schedule "A" to the Complaint),

    LMZX (Defendant No. 166 on Schedule "A" to the Complaint),

    POSWIS (Defendant No. 219 on Schedule "A" to the Complaint), and

    Yiyishangping (Defendant No. 339 on Schedule "A" to the Complaint).

Date:  May 14, 2024                                Respectfully submitted by,

                                                                       THE BRICKELL IP GROUP, PLLC
                                                                       1101 Brickell Avenue
                                                                       South Tower, Suite 800
                                                                       Miami FL, 33131
                                                                       Tel: 305-728-8831
                                                                       Fax: 305-428-2450

                                                                       */s/ A. Robert Weaver*

A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*