UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    CEBAT (Defendant No. 54 on Schedule "A" to the Complaint),

    Cigreen Car Refrigerator (Defendant No. 59 on Schedule "A" to the Complaint),

    EVDANCE (Defendant No. 77 on Schedule "A" to the Complaint),

    KIWEN Direct (Defendant No. 144 on Schedule "A" to the Complaint),

    MoYuanZhai (Defendant No. 189 on Schedule "A" to the Complaint),

    Roadress (Defendant No. 235 on Schedule "A" to the Complaint),

    ROYALLOVE (Defendant No. 238 on Schedule "A" to the Complaint),

    TESBEAUTY (Defendant No. 277 on Schedule "A" to the Complaint),

    XuLianWatasd (Defendant No. 326 on Schedule "A" to the Complaint), and

    YTbeauty (Defendant No. 344 on Schedule "A" to the Complaint).

2

Date:   May 16, 2024                                     Respectfully submitted by,

                                                 THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*