UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**PLAINTIFF'S REPLY TO DEFENDANT SLOW SLOG'S RESPONSE IN OPPOSITION TO TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, Tesla, Inc. ("Plaintiff"), by undersigned counsel, hereby replies to Defendant Slow Slog (Def. No. 255 on Schedule "A") Response in Opposition to Temporary Restraining Order and Preliminary Injunction (ECF No. 24).

The Parties have reached a resolution and agreed, in writing, to material terms of a settlement.[1] As of this filing, Plaintiff is merely awaiting this Defendant's signature on a formal settlement agreement. While reserving its right to enforce the Parties' agreement, Plaintiff does not object to this Defendant's exclusion from any preliminary injunction order issued by the Court.

Date:  May 16, 2024                          Respectfully submitted by,

                                                            THE BRICKELL IP GROUP, PLLC
                                                            1101 Brickell Avenue
                                                            South Tower, Suite 800
                                                            Miami FL, 33131

---

[1] Plaintiff further notes that counsel for Slow Slog also appeared on behalf of co-defendant TESBEAUTY (Def. No. 277) (ECF Nos. 20, 21). Although Co-Defendant TESBEAUTY did not file an opposition, Plaintiff notes that this Co-Defendant was dismissed with prejudice. *See* Notice of Dismissal (ECF No. 40).

Tel: 305-728-8831
Fax: 305-428-2450

*/s/ Arthur Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*