UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

### PLAINTIFF'S REPLY TO DEFENDANT TOPFIRE LIMITED'S RESPONSE IN OPPOSITION TO TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, Tesla, Inc. ("Plaintiff"), by undersigned counsel, hereby replies to Defendant Topfire Limited, identified as Defendant No. 24 "Auto Off-roading" on Schedule "A, Response in Opposition to Temporary Restraining Order and Preliminary Injunction (ECF No. 38).

This Defendant was dismissed without prejudice. *See* Notice of Dismissal (ECF No. 41). Accordingly, Plaintiff's motion for preliminary injunction is moot with respect to this Defendant, as is Defendant's opposition.

Date:  May 16, 2024                                    Respectfully submitted by,

                                                                          THE BRICKELL IP GROUP, PLLC
                                                                          1101 Brickell Avenue
                                                                          South Tower, Suite 800
                                                                          Miami FL, 33131
                                                                          Tel: 305-728-8831
                                                                          Fax: 305-428-2450

                                                                          */s/ Arthur Robert Weaver*
                                                                          A. Robert Weaver
                                                                          Fla. Bar No. 92132

Email: rweaver@brickellip.com

*Counsel for Plaintiff*