UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Angelighting (Defendant No. 14 on Schedule "A" to the Complaint),

    Bestway789 (Defendant No. 34 on Schedule "A" to the Complaint),

    Chaoyisheng (Defendant No. 55 on Schedule "A" to the Complaint),

    Funce (Defendant No. 88 on Schedule "A" to the Complaint),

    GAPPORE (Defendant No. 94 on Schedule "A" to the Complaint),

    GUWIEYG EV STORE (Defendant No. 102 on Schedule "A" to the Complaint),

    Gwydre-US (Defendant No. 103 on Schedule "A" to the Complaint),

    Haikoulonghuaquechengshangmaoshanghang (Defendant No. 105 on Schedule "A" to the Complaint),

Landrol (Defendant No.152 on Schedule "A" to the Complaint),

MEEAOTUMO (Defendant No. 184 on Schedule "A" to the Complaint),

NECESA (Defendant No. 193 on Schedule "A" to the Complaint),

Rhyim (Defendant No. 232 on Schedule "A" to the Complaint),

SUORTYVB (Defendant No. 262 on Schedule "A" to the Complaint),

TENGXI-US (Defendant No. 275 on Schedule "A" to the Complaint),

TopLight (Defendant No. 287 on Schedule "A" to the Complaint),

Tspower US (Defendant No. 289 on Schedule "A" to the Complaint),

Westion (Defendant No. 309 on Schedule "A" to the Complaint),

WILDR TECH (Defendant No. 311 on Schedule "A" to the Complaint),

Windu Store (Defendant No. 313 on Schedule "A" to the Complaint),

XINFOOB (Defendant No. 322 on Schedule "A" to the Complaint),

YANF-direct (Defendant No. 331 on Schedule "A" to the Complaint),

YuanLe (Defendant No. 346 on Schedule "A" to the Complaint), and

YUANMENGG (Defendant No. 347 on Schedule "A" to the Complaint).

Date:  May 23, 2024                                          Respectfully submitted by,

                                                  THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*