UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Aotoyou (Defendant No. 19 on Schedule "A" to the Complaint),

    AutoEC Direct (Defendant No. 27 on Schedule "A" to the Complaint),

    Biwen Auto Supplies (Defendant No. 37 on Schedule "A" to the Complaint),

    Carwiner (Defendant No. 51 on Schedule "A" to the Complaint),

    CHARGONIC SHOP (Defendant No. 56 on Schedule "A" to the Complaint),

    CitiGo (Defendant No. 60 on Schedule "A" to the Complaint),

    Coupount (Defendant No. 62 on Schedule "A" to the Complaint),

    CQYYRT (Defendant No. 63 on Schedule "A" to the Complaint),

    Eruicheng (Defendant No. 72 on Schedule "A" to the Complaint),

    furnishing6699 (Defendant No. 90 on Schedule "A" to the Complaint),

GO-UPP Speciality Store (Defendant No. 98 on Schedule "A" to the Complaint),

HySmiler (Defendant No. 124 on Schedule "A" to the Complaint),

JEYODA (Defendant No. 133 on Schedule "A" to the Complaint),

Konper (Defendant No. 147 on Schedule "A" to the Complaint),

Lcjtop (Defendant No. 156 on Schedule "A" to the Complaint),

Loovcart (Defendant No. 169 on Schedule "A" to the Complaint),

Manfox (Defendant No. 176 on Schedule "A" to the Complaint),

nagi2004 (Defendant No. 191 on Schedule "A" to the Complaint),

Peta Meng (Defendant No. 215 on Schedule "A" to the Complaint),

QJZS (Defendant No. 227 on Schedule "A" to the Complaint),

Slowslog Home (Defendant No. 255 on Schedule "A" to the Complaint),

SSSLine (Defendant No. 259 on Schedule "A" to the Complaint),

Tandrive (Defendant No. 269 on Schedule "A" to the Complaint),

WenBaiKeJi (Defendant No. 306 on Schedule "A" to the Complaint),

Yakee and Lemon (Defendant No. 329 on Schedule "A" to the Complaint), and

湘迎里旺旺 (aka "Xiangyingliwangwang") Defendant No. 369 on Schedule "A" to the Complaint).

Date:   May 29, 2024                                      Respectfully submitted by,

                                                          THE BRICKELL IP GROUP, PLLC
                                                          1101 Brickell Avenue
                                                          South Tower, Suite 800
                                                          Miami FL, 33131
                                                          Tel: 305-728-8831
                                                          Fax: 305-428-2450

                                                          */s/ A. Robert Weaver*
                                                          A. Robert Weaver
                                                          Fla. Bar No. 92132

Email: rweaver@brickellip.com

*Counsel for Plaintiff*