UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

BuLuManSiDianZiShangWuYouXianGongSi (Defendant No. 45 on Schedule "A" to the Complaint),

RaiJun (Defendant No. 230 on Schedule "A" to the Complaint), and

xiangpeihuazhuangpin (Defendant No. 319 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date: May 31, 2024 | Respectfully submitted by,<br><br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue<br>South Tower, Suite 800<br>Miami FL, 33131<br>Tel: 305-728-8831<br>Fax: 305-428-2450<br><br>*/s/ A. Robert Weaver*<br>A. Robert Weaver<br>Fla. Bar No. 92132 |

Email: rweaver@brickellip.com

*Counsel for Plaintiff*