UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NO.: 6:24-cv-00172-ADA

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Tesla, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against the following Defendants who have failed to appear or otherwise respond to the Complaint, as identified on Schedule "A" of the Complaint (Dkt. 3-1):

| Def No. | Def. Name |
|---|---|
| 1 | 87655678 |
| 6 | AEROFARA-US |
| 7 | Aing Store |
| 8 | Aishimihan |
| 10 | ALBECHE |
| 12 | Ameshener |
| 15 | ANODAKN |
| 16 | Anycars+ |
| 17 | AofodoDirect |
| 18 | AOLEAD US |
| 20 | Arkosknight |
| 22 | AUFOXI |
| 23 | Auggies-US |
| 26 | Autobay |
| 28 | Avocado Home Life |
| 30 | Bejobfun |

| | |
|---|---|
| 31 | BENLAND |
| 32 | Berefose |
| 33 | BESTJP01 |
| 35 | biconghai |
| 36 | Bivink |
| 38 | BK2023 Direct |
| 39 | blue andskies |
| 41 | BoxCheer |
| 42 | BRCity |
| 43 | BS Car |
| 44 | Btuptnu-US |
| 47 | Car information |
| 49 | Carpark |
| 52 | CAUZAMARE |
| 53 | Ce&Aotufun |
| 57 | chengdoumiaotaorendianzishangwuyouxiangongsi |
| 58 | chengdouyuhuangminwangluokejiyouxiangongs |
| 65 | DAFU DAGUI |
| 66 | Dazaione |
| 67 | DIXIAOCHUN- AE -PRO |
| 69 | dongguanfeifengmaoyi |
| 70 | EEK-US |
| 71 | Ellen_BestBuy |
| 73 | Esuukoo |
| 75 | EVBASE |
| 76 | EVBOYS |
| 78 | Eveaden |
| 79 | Everlastko |
| 81 | faquxi |
| 82 | FENGHAONET |
| 83 | FLYPIGEONS |
| 85 | Forza Motorsport |
| 86 | Friendly Car Home Car Products Franchise Store |
| 87 | fulienNA |
| 89 | FuQiDianZi |
| 93 | gaojiliang |
| 95 | GGMMCC |
| 97 | GoFarFream |
| 99 | GTLAXXX |
| 100 | Guangzhou ailingshuo Trading Co., Ltd |
| 101 | guoweisen |
| 104 | GyeongYeok |
| 106 | hailanshangmao-us |

| 107 | Hais Direct |
|---|---|
| 108 | Haitianxinda |
| 109 | HANSSHOW Tesplus |
| 110 | Hansshow-tesplus |
| 111 | Hefanfaior |
| 114 | HNCYHX |
| 115 | HONGHAILEY |
| 116 | Hongqi New Energy |
| 117 | Horry |
| 119 | HuaTeng |
| 120 | Hui Cheng Ji Accessory |
| 122 | HUIOSDEP-US |
| 123 | HUZEYFE GULSEN |
| 125 | HZGAMER |
| 126 | IKITS Direct |
| 127 | ILSOCD |
| 128 | INCH EMPIRE |
| 129 | ISDORE DIRECT |
| 130 | ITIY-EU |
| 131 | iyunqujiaheho |
| 132 | JEBEST |
| 135 | JMmaoyi |
| 136 | JNSG-US |
| 137 | JOTOK |
| 139 | Kandich |
| 142 | Kenteli |
| 145 | KKL-US |
| 146 | KMMOTORS |
| 148 | KOoOK |
| 149 | Kree US |
| 150 | Krypland |
| 151 | LALKS-US |
| 153 | LANFAT |
| 155 | LaTough Technology |
| 159 | Lejocshee |
| 160 | LELEbaihuo |
| 162 | lihongqindianpu |
| 163 | liqidexiaoshangdian |
| 165 | LKWLIKEI |
| 167 | LOKONWIS Store |
| 168 | LOOMchina |
| 172 | lvehome |
| 173 | Madatop |

| | |
|---|---|
| 174 | Magical Mai |
| 175 | Make Life Fun Today |
| 177 | Mankaleilab |
| 178 | Manran Coop. |
| 179 | Martian citizen |
| 180 | MAXOAK US |
| 182 | MazuKar |
| 185 | meixiaoyu |
| 186 | MERTER MERTt |
| 187 | MetaFrame |
| 190 | muge racing-US |
| 194 | New Start lee |
| 195 | NGHEY-Auto-US |
| 197 | niannyang |
| 198 | NIUENSY Lcc |
| 201 | OEAYZOM |
| 202 | OEM KeyCase |
| 203 | OMAROV |
| 206 | ontto car accessory |
| 207 | ounalongNA |
| 208 | O-young |
| 209 | Ozen Inc |
| 210 | PANZI |
| 212 | Peak Edge |
| 213 | PeiBang Trade |
| 214 | PENGHUIHUI-US |
| 218 | PLUGOOD |
| 221 | PULPEACAY |
| 222 | Qeemu |
| 224 | Qiahavp-US |
| 225 | QingLiDianZi |
| 226 | qiuyudedian |
| 228 | Qmusen |
| 229 | quanjiuwangluokejiyouxiangongsi |
| 233 | RIMULA |
| 234 | rkcar |
| 236 | rongrongshops |
| 237 | ROSEIN |
| 239 | runhuaxin |
| 240 | runxiaoqi |
| 242 | SDOROS |
| 243 | sdvf-zxvq |
| 245 | Senyuer |

| 246 | SGREEN |
|---|---|
| 247 | Shan Yu Hat |
| 248 | shansnao |
| 249 | SHITAMEN |
| 252 | SIMO Auto |
| 256 | SmartSafe official |
| 258 | Soroparts |
| 260 | Starobkn |
| 261 | Storage case |
| 263 | SUPERWIN888 |
| 264 | SVRVGV |
| 265 | SYAO-US |
| 266 | Sydney Car |
| 267 | T&J SHero |
| 268 | TAECHU |
| 271 | TeahWamny |
| 272 | TEISOOL |
| 274 | tengjiashangmao |
| 276 | Terris store |
| 278 | TESFITOO |
| 279 | Teslacenter |
| 281 | Teslamotors |
| 282 | TESMate Store |
| 284 | Tomatoman |
| 290 | TUTU TECH Direct |
| 291 | Ufixed |
| 292 | under 9.9$ store |
| 293 | USVOTOV |
| 295 | Vabgstu store |
| 298 | vipmotoz-us |
| 299 | vivicenter |
| 300 | VoilaReve |
| 302 | Weekeight |
| 303 | WeiJinLong123 |
| 307 | WERKi |
| 308 | Weson |
| 314 | Wolfcar US |
| 316 | WUERSE |
| 318 | xiadanle |
| 321 | XiBaLong |
| 325 | xuezebin |
| 327 | YAFENJIE |
| 328 | Yaira Jef |

| | |
|---|---|
| 330 | Yamiedd |
| 332 | yanranyixiaohuaping |
| 333 | YanYongYanYong |
| 335 | YesComTech |
| 336 | YI Tai |
| 337 | Yida Direct INC |
| 338 | Yilaruifa |
| 342 | yookoo |
| 343 | Yooyatt Direct |
| 349 | YUANSHEN |
| 350 | YuanWai |
| 351 | YuCheng Hat |
| 352 | YUKANGDA |
| 353 | yxhcar |
| 356 | ZEXPARK |
| 357 | zhangsmingyin |
| 358 | zhangxiaowangluoxiaoshou |
| 360 | ZHIDONGZHI |
| 361 | ZHKSGLJON |
| 362 | Zhongleyuanriyongbaihuo |
| 363 | ZMD |
| 364 | Zoragoo |
| 365 | ZSIS |
| 367 | 心灵港湾 (aka "Soul Harbor") |
| 368 | 招宏的小店 (aka "Zhaohong's shop") |

Declaration of A. Robert Weaver in Support of Plaintiff's Request for Clerk's Entry of Default ("Weaver Decl."), at ¶ 6.

At least by May 1, 2024, these defaulting Defendants were served their respective Summons and copies of the Complaint via electronic mail ("e-mail"). Weaver Decl., ¶ 4; Certificate of Service (Dkt. 17). Defendants were also served via website posting. *Id*. Each was pursuant to the Court's Order (Dkt. 10) granting alternative service.

Only one Defendant, "Autobasis" (Def. No. 25), filed an answer to the Complaint. *See* (Dkt. 52). Plaintiff filed a stipulation of dismissal as to this Defendant. (Dkt. 66). Only one other Defendant, "Slowslog Home" (Def No. 255) was granted an extension to respond to the Complaint.

(Dkt. 31). This Defendant was also dismissed. (Dkt. 57). All other dismissed Defendants have been excluded from this Request for Clerk's Default. Weaver Decl., ¶ 5; *see* (Dkts. 22, 23, 29, 40, 41, 46, 53, 54, 56, 57, and 60-68).

Time allowed for these defaulting Defendants to respond to the Complaint has expired. Defendants' deadline to respond was May 22, 2024. Fed. R. Civ. P. 12(a)(1)(A). Neither Plaintiff nor the Court have granted any defaulting Defendant an extension to respond to the Complaint. *Id.*, ¶¶ 7-8. Plaintiff is informed and believes that none of the defaulting Defendants could be considered infants or incompetent persons. *Id.*, ¶ 9. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply. *Id.*

WHEREFORE, Plaintiff hereby requests that default be entered against the defaulting Defendants identified above.

Date:   June 18, 2024                                          Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*